FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 21 '05

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-7141-M

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Eric Moss,

    Defendant.

## ORDER TO CONTINUE SENTENCING HEARING

On December 7, 2005, a presentence investigation and report was ordered by the Court following the defendant's plea of guilty to Driving Under the Influence of Alcohol. Sentencing was set for February 1, 2005, at 10:00 a.m. The probation department is requesting a continuance in order to provide the Court with a more comprehensive presentence investigation report. The defendant, appearing pro se, and the prosecuting attorney, Captain Paul Muething, have no objections to the continuance.

ORDERED that the sentencing hearing set for February 1, 2005, be continued to March 8, 2005, at 10:00 a.m.

DATED at Denver, Colorado, this 21st day of December, 2005.

BY THE COURT:

Daniel B. Sparr
Senior United States District Judge